UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CASSANDRA HENDRICKS,

                          Plaintiff,

                                                        DECISION AND ORDER

                                                        03-CV-6526L

          V.

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
_____

      It has come to the attention of the Court that the Marshal has not yet served the summons and complaint upon the Commissioner. Therefore, it is hereby

      ORDERED that the time for the Marshal to effectuate service of the summons and complaint upon the Commissioner is hereby extended, and it is further

      ORDERED that the Marshal is to serve the summons and complaint in the above action upon the Commissioner of Social Security within twenty (20) days of this Order.

      IT IS SO ORDERED.

                                              _____
                                                  DAVID G. LARIMER
                                                  UNITED STATES DISTRICT JUDGE

Dated: Rochester, New York
       October 25, 2005.